## OVERTON v. THE STATE.
(Decided April 5, 1917.  74 South. 1005.)

APPEAL from Madison Circuit Court.

Heard before Hon. B. M. MILLER.

·ALLEN & BELL, for appellant. W. L. MARTIN, Attorney General, and P. W. TURNER, Assistant Attorney General, for the State.

PER CURIAM.—Appeal abated by death of appellant.